# EXHIBIT 8

**Exhibit 8: U.S. Patent No. 8,879,994**

| Claim 1 | Identification |
|---|---|
| 1[pre] A method for performing Bluetooth pairing on a device, the method performed by a processor of the device, the method comprising: | To the extent the preamble is limiting, D-Link, such as via D-Link cameras and the mydlink app, perform Bluetooth pairing on a device, the method performed by a processor of the device, the method comprising the steps below.<br><br><br><br>https://www.youtube.com/watch?v=-ipCiw3qZoo |

| Claim 1 | Identification |
|---|---|
| 1[a] receiving a barcode comprising pairing data, the pairing data comprising a Bluetooth address and a personal identification number usable to complete a Bluetooth pairing, and wherein the barcode further comprises pairing initiation data usable to automatically initiate the Bluetooth pairing at the device; | The method includes receiving a barcode comprising pairing data, the pairing data comprising a Bluetooth address and a personal identification number usable to complete a Bluetooth pairing, and wherein the barcode further comprises pairing initiation data usable to automatically initiate the Bluetooth pairing at the device:  |

Page 2

| Claim 1 | Identification |
|---|---|
|  |  |

| Claim 1 | Identification |
|---|---|
| | <br>The barcode shown is:<br><br>DCS-8300LH,A1,39099686,B0C55453AA67,DCS-8300LH-AA67,335226 |
| 1[b] decoding the barcode to obtain the pairing data and the pairing initiation data; and | The method includes decoding the barcode to obtain the pairing data and the pairing initiation data: |

Page 4

| Claim 1 | Identification |
|---|---|
| | The barcode shown is: |

| Claim 1 | Identification |
|---|---|
| | <br><br>https://shop.us.dlink.com/products/d-link-full-hd-indoor-outdoor-wifi-camera-1-pk-brown-box-dcs-8302lh-pp |
| 1[c] automatically performing the Bluetooth pairing using the pairing data in response to obtaining the pairing initiation data. | The method includes automatically performing the Bluetooth pairing using the pairing data in response to obtaining the pairing initiation data: |

Page 6

| Claim 1 | Identification |
|---|---|
| | <br>The Bluetooth pairing is performed automatically once the pairing initiation data is received. |