# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **Malikie Innovations Ltd.** § | |
| § | |
| **Plaintiff** § | |
| § | |
| v. § | CIVIL ACTION NO. 2:24-CV-00244 |
| § | |
| **D-Link Corporation** § | JURY TRIAL DEMANDED |
| § | |
| **Defendant.** § | |
| § | |
| § | |

## JURY DEMAND

Pursuant to Civil Rule CV-3(a), Plaintiff Malikie Innovations Ltd. hereby files this Jury Demand demanding a jury for all issues so triable.

Dated: April 12, 2024                           Respectfully submitted,

                                                */s/ Patrick Colsher with permission Andrea L. Fair*
                                                Matthew G. Berkowitz
                                                Patrick Colsher – LEAD ATTORNEY
                                                Aaron L. Morris
                                                Reichman Jorgensen Lehman & Feldberg LLP
                                                100 Marine Parkway, Suite 300
                                                Redwood Shores, CA 94065
                                                Tel: (650) 623-1401
                                                mberkowitz@reichmanjorgensen.com
                                                pcolsher@reichmanjorgensen.com
                                                amorris@reichmanjorgensen.com

                                                Khue V. Hoang
                                                Reichman Jorgensen Lehman & Feldberg LLP
                                                400 Madison Avenue, Suite 14D
                                                New York, NY 10017
                                                Tel: (212) 381-1965
                                                khoang@reichmanjorgensen.com

                                                Naveed S. Hasan
                                                Reichman Jorgensen Lehman & Feldberg LLP
                                                1909 K Street NW, Suite 800
                                                Washington DC, 20006

Tel: (202) 894-7305
nhasan@reichmanjorgensen.com

*Of Counsel:*

Andrea L. Fair
Texas Bar No. 24078488
Claire Abernathy Henry
Texas State Bar No. 24053063
WARD, SMITH & HILL, PLLC
1507 Bill Owens Pkwy.
Longview, TX 75604
Tel: (903) 757-6400
andrea@wsfirm.com
claire@wsfirm.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of April, 2024, a copy of the foregoing document was filed electronically via CM/ECF and therefore served on all counsel who are deemed to have consented to electronic service.

                                                 */s/ Andrea L. Fair*
                                                 Andrea L. Fair