# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| Malikie Innovations Ltd., | § | |
| | § | |
| Plaintiff, | § | |
| | § | Case No. 2:24-cv-00244-JRG-RSP |
| v. | § | |
| | § | **JURY TRIAL DEMANDED** |
| D-Link Corporation, | § | |
| | § | |
| Defendant. | § | |
| | § | |

## NOTICE OF APPEARANCE OF COUNSEL

Plaintiff Malikie Innovations Ltd. files this Notice of Appearance and hereby notifies the Court that Patrick R. Colsher of the law firm Reichman Jorgenson Lehman & Feldberg LLP, 100 Marine Parkway, Suite 300, Redwood Shores, CA 94065, Telephone (650) 623-1427, E-mail: pcolsher@reichmanjorgenson.com has entered this action as counsel for Plaintiff.  In connection with this notice, Mr. Colsher requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on him at the above address and contact information.

Dated: April 24, 2024         Respectfully submitted,

/s/ Patrick R. Colsher
Patrick R. Colsher
Reichman Jorgensen Lehman & Feldberg LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Tel: (650) 623-1401
pcolsher@reichmanjorgensen.com

*Attorney for Plaintiff*

2

## CERTIFICATE OF SERVICE

This is to certify that on April 24, 2024, a true and correct copy of this document was served on all counsel who are deemed to have consented to service through the court electronic filing system.

*/s/ Patrick R. Colsher*
Patrick R. Colsher