UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| Malikie Innovations Ltd., § § | |
| Plaintiff, § § | Case No. 2:24-cv-00244-JRG-RSP |
| v. § § | |
| D-Link Corporation, § § | **JURY TRIAL DEMANDED** |
| Defendant. § § § | |

## NOTICE OF APPEARANCE OF COUNSEL

Plaintiff Malikie Innovations Ltd. files this Notice of Appearance and hereby notifies the Court that Khue V. Hoang of the law firm Reichman Jorgenson Lehman & Feldberg LLP, 400 Madison Avenue, Suite 14D, New York, NY 10017, Telephone (646) 921-0704, E-mail: khoang@reichmanjorgenson.com has entered this action as counsel for Plaintiff.  In connection with this notice, Ms. Hoang requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on her at the above address and contact information.

Dated: April 24, 2024

Respectfully submitted,

/s/ Khue V. Hoang
Khue V. Hoang
Reichman Jorgensen Lehman & Feldberg LLP
400 Madison Avenue, Suite 14D
New York, NY 10017
Tel: (212) 381-1965
khoang@reichmanjorgensen.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

    This is to certify that on April 24, 2024, a true and correct copy of this document was served on all counsel who are deemed to have consented to service through the court electronic filing system.

                                          */s/ Khue V. Hoang*
                                          Khue V. Hoang