# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| Malikie Innovations Ltd., | § | |
| | § | |
| Plaintiff, | § | |
| | § | Case No. 2:24-cv-00244-JRG-RSP |
| v. | § | |
| | § | **JURY TRIAL DEMANDED** |
| D-Link Corporation, | § | |
| | § | |
| Defendant. | § | |
| | § | |

## NOTICE OF APPEARANCE OF COUNSEL

Plaintiff Malikie Innovations Ltd. files this Notice of Appearance and hereby notifies the Court that Naveed Hasan of the law firm Reichman Jorgenson Lehman & Feldberg LLP, 1909 K Street, NW, Suite 800, Washington, DC 20006, Telephone (202) 894-7305, E-mail: nhasan@reichmanjorgenson.com has entered this action as counsel for Plaintiff.  In connection with this notice, Mr. Hasan requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on him at the above address and contact information.


Dated: April 24, 2024

Respectfully submitted,

*/s/ Naveed Hasan*
Naveed Hasan
Reichman Jorgensen Lehman & Feldberg LLP
1909 K Street, NW, Suite 800
Washington, DC 20006
Tel: (202) 894-7310
nhasan@reichmanjorgensen.com

*Attorney for Plaintiff*

2

**CERTIFICATE OF SERVICE**

    This is to certify that on April 24, 2024, a true and correct copy of this document was served on all counsel who are deemed to have consented to service through the court electronic filing system.

                                           */s/ Naveed Hasan*
                                           Naveed Hasan