# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| Malikie Innovations Ltd., | § § § | |
| Plaintiff, | § § | Case No. 2:24-cv-00244-JRG-RSP |
| v. | § § | **JURY TRIAL DEMANDED** |
| D-Link Corporation, | § § | |
| Defendant. | § § § | |

## NOTICE OF APPEARANCE OF COUNSEL

Plaintiff Malikie Innovations Ltd. files this Notice of Appearance and hereby notifies the Court that Aaron Morris of the law firm Reichman Jorgenson Lehman & Feldberg LLP, 100 Marine Parkway, Suite 300, Redwood Shores, CA 94065, Telephone (650) 623-5076, E-mail: amorris@reichmanjorgenson.com has entered this action as counsel for Plaintiff. In connection with this notice, Mr. Morris requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on him at the above address and contact information.

Dated: April 24, 2024

Respectfully submitted,

*/s/ Aaron Morris*
Aaron Morris
Reichman Jorgensen Lehman & Feldberg LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Tel: (650) 623-1401
amorris@reichmanjorgensen.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

This is to certify that on April 24, 2024, a true and correct copy of this document was served on all counsel who are deemed to have consented to service through the court electronic filing system.

*/s/ Aaron Morris*
Aaron Morris
