UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| Malikie Innovations Ltd., § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> D-Link Corporation, § <br> § <br> Defendant. § <br> § | Case No. 2:24-cv-00244-JRG-RSP <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE OF COUNSEL

Plaintiff Malikie Innovations Ltd. files this Notice of Appearance and hereby notifies the Court that Matthew G. Berkowitz of the law firm Reichman Jorgenson Lehman & Feldberg LLP, 100 Marine Parkway, Suite 300, Redwood Shores, CA 94065, Telephone (650) 623-1445, E-mail: mberkowitz@reichmanjorgenson.com has entered this action as counsel for Plaintiff. In connection with this notice, Mr. Berkowitz requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on him at the above address and contact information.

Dated: April 24, 2024

Respectfully submitted,

/s/ Matthew G. Berkowitz
Matthew G. Berkowitz
Reichman Jorgensen Lehman & Feldberg LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Tel: (650) 623-1401
mberkowitz@reichmanjorgensen.com

*Attorney for Plaintiff*

2

## CERTIFICATE OF SERVICE

This is to certify that on April 24, 2024, a true and correct copy of this document was served on all counsel who are deemed to have consented to service through the court electronic filing system.

                                                        */s/ Matthew G. Berkowitz*
                                                       Matthew G. Berkowitz