AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| Malikie Innovations Limited | ) |
| *Plaintiff(s)* | ) ) ) ) ) |
| v. | ) Civil Action No. 2:24-CV-00244 |
| D-Link Corporation | ) ) ) ) ) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* D-Link Corporation

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Khue Hoang
Reichman Jorgensen Lehman & Feldberg LLP
400 Madison Avenue, Suite 14D
New York, NY 10017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SERVICE RETURN ATTACHED



CLERK OF COURT

Date:  4/16/2024

David A. O'Toole
*Signature of Clerk or Deputy Clerk*

ATX Process, LLC
1411 West 6th Street
Austin, TX 78703

# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Eastern District of Texas

Case Number: 2:24-CV-00244

Plaintiff:
**Malikie Innovations Limited**
vs.
Defendant:
**D-Link Corporation**

For: Ward, Smith & Hill, PLLC

Received these papers on the 16th day of April, 2024 at 4:02 pm to be served on **D-Link Corporation c/o D-Link Systems, Inc. by serving its registered agent, Brett S Adair, 14420 Myford Rd, #100, Irvine, Orange County, CA 92606.** I, __Sean__ __Olson__, do hereby affirm that on the __22__ day of __April__, 20__24__ at __9:50__ a.m., executed service by delivering a true copy of the **Summons in a Civil Action with Complaint for Patent Infringement and Jury Demand with Civil Cover Sheet, Exhibits 1 through 8** in accordance with state statutes in the manner marked below:

(X) CORPORATE SERVICE: By delivering to __William Brown__ (individual accepting) as __SPV__ (title), at __14420 Myford #100__ (street), __Irvine__ (city), __CA__ (state) __92606__ (zip code) __Orange__ (county).

( ) PUBLIC AGENCY: By delivering to _____ (individual accepting) as _____ (title) of the within-named agency at _____ (street), _____ (city), _____ (state) _____ (zip code) _____ (county).

( ) SUBSTITUTE SERVICE: By delivering to _____ (individual accepting) as _____ (relationship/title) at _____ (street), _____ (city), _____ (state) _____ (zip code) _____ (county).

( ) GOVERNMENT AGENCY: By delivering to _____ (individual accepting) as _____ (title) of the within-named agency at _____ (street), _____ (city), _____ (state) _____ (zip code) _____ (county).

( ) NON SERVICE: For the reason detailed in the comments below.

**COMMENTS:**

I certify that I am over the age of 18, have no interest in the above action, and have the proper authority in the jurisdiction in which this process was delivered. The facts in this affidavit are within my personal knowledge and true and correct.

My name is __Sean__ (First) _____ (Middle) __Olson__ (Last), my date of birth is __01-18-66__
and my address is __360 E. 1st St #773__ (Street) __Tustin__ (City) __CA__ (State) __92780__ (Zip Code) __USA__ (Country).

I declare under penalty of perjury that the foregoing is true and correct.
Executed in __Orange__ County, State of __California__
on the __22__ day of __April__ (Month), __2024__ (Year).

PROCESS SERVER # __PSC6358__
Appointed in accordance with State Statutes

Our Job Serial Number: 2024004749
Ref: Malikie Innocations Limited

ATX Process, LLC
1411 West 6th Street
Austin, TX 78703
(512) 717-5600