IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **Malikie Innovations Ltd.** | § § § | |
| **Plaintiff** | § § | |
| v. | § | CASE NO. 2:24-CV-00244-JRG-RSP |
| **D-Link Corporation** | § § § | |
| **Defendant.** | § § § | |

**ORDER**

Before the Court is the Joint Motion to Stay All Deadlines and Notice of Settlement. (**Dkt. No. 22**.) After considering the Motion, the Court finds that the Motion is well taken and is hereby **GRANTED**.

It is therefore **ORDERED** that the above-captioned case is hereby stayed for thirty (30) days from the date of this order for the parties to file dismissal papers, and that all hearings and conferences in the case are hereby vacated, including vacating the scheduling conference set for September 18, 2024, at 9 AM.

**SIGNED this 17th day of September, 2024.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE