# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS MARSHALL DIVISION

| | | |
|---|---|---|
| **Malikie Innovations Ltd.** | § | |
| **Plaintiff** | § | |
| v. | § | CASE NO. 2:24-CV-00244-JRG-RSP |
| **D-Link Corporation** | § | |
| **Defendant.** | § | |

## ORDER

Before the Court is the Joint Motion to Extend Stay filed by Plaintiff Malikie Innovations Ltd. and Defendant D-Link Corporation (**Dkt. No. 25**). After considering the Motion, and noting its joint nature, the Court finds that the Motion should be and is hereby **GRANTED**.

It is therefore **ORDERED** that all deadlines in the above captioned case are STAYED until December 2, 2024, at which time the appropriate dismissal papers are to be filed with the Court.

**SIGNED this 10th day of October, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE